592

478 A.2d 120
Commonwealth v. Pettyjohn, Appellant.

Submitted April 2, 1984.  Thomas L. McGill, Jr., for appellant;  Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Judgment affirmed.

478 A.2d 120
Commonwealth v. Pippet, Appellant.

Submitted April 16, 1984.  Richard J. Hodgson, for appellant;  Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Order affirmed.